IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MYRON RAHEISH LITTLETON**                                                                 **PLAINTIFF**
**ADC #267819**

v.                            Case No. 4:23-cv-00756-KGB

**DIVORE, Deputy, Pulaski County**
**Regional Detention Facility,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 23). Plaintiff Myron Raheish Littleton has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). The Court grants the motion for summary judgment of defendants Deputy Divore and Sheriff Eric S. Higgins (Dkt. No. 17). The Court dismisses without prejudice Mr. Littleton's Fourteenth Amendment failure to protect claims against defendants for failure to exhaust administrative remedies. The relief requested is denied (Dkt. Nos. 1, 4). The Clerk is directed to close the case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order would not be taken in good faith. The Court denies as moot the defendants' motion to stay scheduling order deadline (Dkt. No. 24).

It is so ordered this the 7th day of May, 2024.

_____
Kristine G. Baker
Chief United States District Judge